EDWARD C. CASEY, JR., ESQ.   CSB: 123702
Law Offices of Edward C. Casey, Jr.
300 Frank H. Ogawa Plaza, Suite 370
Oakland, California 94111
Telephone: 510.251.2300

Attorneys for Plaintiff
EDWIN D. MORGAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN D. MORGAN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF SANTA CLARA,<br>DOES 1 to 50,<br><br>　　　　Defendants. | Case No. C11-00128 EJD<br><br>STIPULATION TO ALLOW FILING OF AMENDED COMPLAINT NAMING ALBERTO LOAIZA AS DEFENDANT; ORDER THEREON<br><br>Jury Trial Demanded |

　　　1. Whereas this case was filed on December 3, 2010 in Santa Clara County Superior Court and removed to this court on or about January 11, 2011;

　　　2. Whereas the complaint alleges the County of Santa Clara officers/deputy sheriffs violated plaintiffs civil rights and battered him by, among other things, using excessive force on his person by slamming his fingers/hand in a holding cell door on August 15, 2010;

　　　3. Whereas at the time of the incident plaintiff was not aware of the identity of the sheriff's deputy/officer involvement in the incident;

　　　4. Whereas plaintiff first became aware of Alberto Loaiza's involvement after defendant County of Santa Clara submitted its FRCP Rule 26 disclosures on or about April 1,

1

---
Stipulation to Allow Filing of Amended Complaint Naming
Alberto Loaiza as a Defendant; Order Thereon

2011;

5. Whereas no prejudice is suffered by defendants or the new party to this action by amending the complaint to name Alberto Loaiza as a defendant at this time;

Therefore the parties stipulate and agree that plaintiff be allowed to amend the complaint to name Alberto Loaiza as an additional defendant in the subject action.

IT IS SO STIPULATED:

LAW OFFICES OF EDWARD C. CASEY JR.

Dated: April 21, 2011      _____/S/_____
By:  Edward C. Casey Jr.
Attorneys for Plaintiff Edwin Morgan

OFFICE OF THE COUNTY COUNSEL

Date: April 21, 2011      _____/S/_____
By: Mark Bernal, Esq.
Attorneys for the defendants County of Santa Clara

//
//
//
//
//
//
//
//
//

2

---

Stipulation to Allow Filing of Amended Complaint Naming
Alberto Loaiza as a Defendant; Order Thereon

### ORDER ON STIPULATION TO ALLOW FILING OF AMENDED COMPLAINT NAMING ALBERTO LOAIZA AS DEFENDANT

This Stipulation of the parties having been read and considered and good cause appearing,

IT IS HEREBY ORDERED that plaintiff may amend the complaint to name Alberto Loaiza as a defendant in the subject action. The amended complaint is to be filed on or before June 20, 2011.

Dated: May 20, 2011

_____
Honorable Edward J. Davila
Judge of the Unites States District Court