MIGUEL MÁRQUEZ, County Counsel (S.B. #184621)
MARK F. BERNAL, Deputy County Counsel (S.B. #173923)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California  95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendant
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN D. MORGAN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF SANTA CLARA<br><br>　　　　Defendant. | No.   CV11-00128 EJD<br><br>**STIPULATION AND ORDER TO EXTEND MEDIATION DEADLINE** |

　　　　Pursuant to Alternative Dispute Resolution Local Rule 6-5, Plaintiff and Defendants, by and through their attorneys of record, hereby stipulate as follows:

　　　　WHEREAS, the parties in the above-captioned matter are currently ordered to participate in mediation with H. Jay Folberg acting as the court-appointed mediator; and,

　　　　WHEREAS, Mr. Folberg and the parties participated in a pre-mediation telephone conference on June 13, 2011, wherein it was agreed that the current status of Plaintiff's medical condition and of Defendant's efforts to obtain and produce certain documentation warrant a delay in the commencement of mediation to allow the parties to properly evaluate this matter and meaningfully participate in mediation; and,

　　　　WHEREAS, Mr. Folberg and the parties agreed in the pre-mediation telephone conference to conduct the mediation on September 16, 2011; and,

//

MIGUEL MÁRQUEZ
County Counsel
County of Santa Clara
San Jose, California

Stipulation and Order to
Extend Mediation Deadline　　　　-1-　　　　CV11-00128 EJD

1. WHEREAS, the delay in commencing mediation will not cause any undue prejudice or delay because the Initial Case Management Conference is not scheduled to take place until October 7, 2011.

THEREFORE, the parties hereby agree and stipulate that the deadline to conduct mediation shall be extended to September 16, 2011.

IT IS SO STIPULATED.

Dated: June 29, 2011

Respectfully submitted,

MIGUEL MÁRQUEZ
County Counsel

By: _____
MARK F. BERNAL
Deputy County Counsel
Attorneys for Defendant
COUNTY OF SANTA CLARA

Dated: June 28, 2011

By: _____
EDWARD C. CASEY, JR.
Attorney for Plaintiff
EDWIN D. MORGAN

[PROPOSED] ORDER

Having read and considered the above Stipulation, and good cause appearing therefore, it is hereby ordered that the deadline to conduct the mediation in the above-captioned matter shall be September 16, 2011.

IT IS SO ORDERED.

Dated: June 30, 2011

_____
Honorable Edward J. Davila