IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EDWIN D. MORGAN,<br><br>            Plaintiff(s),<br>  v.<br>COUNTY OF SANTA CLARA,<br><br>            Defendant(s). | CASE NO. 5:11-cv-00128-EJD<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>[Re: Docket Item No. 24] |

On September 29, 2011, the parties filed their Joint Case Management Conference statement and Order (Docket Item No. 24). The parties request a continuance of the October 7, 2011 Case Management Conference to December 9, 2011 due to ongoing mediation proceedings.

The Court finds good cause to continue the October 7 Conference. The Case Management Conference is continued to **December 9, 2011 at 10:00 AM.** The parties shall file a Joint Case Management conference statement on or before **December 2, 2011.**

**IT IS SO ORDERED.**

Dated: October 4, 2011

                                          EDWARD J. DAVILA
                                          United States District Judge