1  MIGUEL MÁRQUEZ, County Counsel (S.B. #184621)
   MARK F. BERNAL, Deputy County Counsel (S.B. #173923)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding, East Wing, 9th Floor
3  San Jose, California  95110-1770
   Telephone:  (408) 299-5900
4  Facsimile:  (408) 292-7240

5  Attorneys for Defendants
   COUNTY OF SANTA CLARA
6  AND ALBERTO LOAIZA

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 EDWIN D. MORGAN              )   No.   CV11-00128 EJD
                                )
12      Plaintiff,               )   **STIPULATION AND ORDER RE:**
                                )   **DISMISSAL**
13 v.                           )
                                )
14 COUNTY OF SANTA CLARA, et al. )
                                )
15      Defendants.              )
                                )

16

17                    **STIPULATION**

18      The parties hereto, by and through their counsel of record, hereby stipulate and agree to an

19 order dismissing this entire action with prejudice as to all named defendants.

20 / /

21 / /

22 / /

23 / /

24 / /

25 / /

26 / /

27 / /

28 / /

Each side shall bear their own attorneys' fees and costs of the suit.

I hereby attest that I have on file the holograph signature indicated by a "conformed" signature (/S/) within this e-filed document.

IT IS SO STIPULATED:

Dated: December 6, 2011                     Respectfully Submitted,

                                            MIGUEL MARQUEZ
                                            County Counsel

                                            By:     /S/
                                                 MARK F. BERNAL
                                                 Deputy County Counsel

                                            Attorneys for Defendants
                                            COUNTY OF SANTA CLARA
                                            and ALBERTO LOAIZA

Dated: December 6, 2011                     LAW OFFICES OF
                                            EDWARD C. CASEY, JR.

                                            By:     /S/
                                                 EDWARD C. CASEY, JR.

                                            Attorney for Plaintiff
                                            EDWIN D. MORGAN

## ORDER

IT IS SO ORDERED: The Clerk shall close this file.

Dated: December 7, 2011

                                            EDWARD J. DAVILA
                                            United States District Court Judge