1  MIGUEL MÁRQUEZ, County Counsel (S.B. #184621)
   MARK F. BERNAL, Deputy County Counsel (S.B. #173923)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding, East Wing, 9th Floor
3  San Jose, California  95110-1770
   Telephone:  (408) 299-5900
4  Facsimile:  (408) 292-7240

5  Attorneys for Defendants
   COUNTY OF SANTA CLARA
6  AND ALBERTO LOAIZA

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  EDWIN D. MORGAN              )   No.   CV11-00128 EJD
                                 )
12      Plaintiff,                )   **STIPULATION AND ORDER RE:**
                                 )   **DISMISSAL**
13  v.                           )
                                 )
14  COUNTY OF SANTA CLARA, et al. )
                                 )
15      Defendants.               )
                                 )
16

17                         **STIPULATION**

18      The parties hereto, by and through their counsel of record, hereby stipulate and agree to an

19  order dismissing this entire action with prejudice as to all named defendants.

20  / /

21  / /

22  / /

23  / /

24  / /

25  / /

26  / /

27  / /

28  / /

1   Each side shall bear their own attorneys' fees and costs of the suit.

2   I hereby attest that I have on file the holograph signature indicated by a "conformed"

3   signature (/S/) within this e-filed document.

4   IT IS SO STIPULATED:

5   Dated: December 6, 2011                                    Respectfully Submitted,

6                                                              MIGUEL MARQUEZ
                                                               County Counsel

8                                                       By:      /S/
                                                               MARK F. BERNAL
9                                                              Deputy County Counsel

10                                                             Attorneys for Defendants
                                                               COUNTY OF SANTA CLARA
11                                                             and ALBERTO LOAIZA

13  Dated: December 6, 2011                                    LAW OFFICES OF
                                                               EDWARD C. CASEY, JR.

15                                                      By:      /S/
                                                               EDWARD C. CASEY, JR.
16
                                                               Attorney for Plaintiff
17                                                             EDWIN D. MORGAN

18                                        **ORDER**

19  IT IS SO ORDERED:   The Clerk shall close this file.

20  Dated:  December 7, 2011
                                                               _____
                                                               EDWARD J. DAVILA
21                                                             United States District Court Judge